IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL AMANTIAD                                                    PETITIONER
Reg # 90851-022

v.                              CASE NO. 2:09CV00182 JTK

T C OUTLAW, Warden                                                 RESPONDENT
FCI - Forrest City

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby,

dismissed without prejudice.  The relief sought is denied.

SO ADJUDGED this 22nd day of September, 2010.


_____
UNITED STATES MAGISTRATE JUDGE